UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERROD L. HERNDON,

        Plaintiff,

  v.

TOM PORTER,

        Defendant.

Case No. 16-cv-01975-HSG (PR)

**JUDGMENT**

As set forth in the Order of Dismissal, this action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/31/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge